1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant HERRERA

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11  UNITED STATES OF AMERICA,        )  No. CR 11-00616 EJD
                                     )
12              Plaintiff,           )  STIPULATION AND [PROPOSED]
                                     )  ORDER CONTINUING HEARING TO
13  vs.                              )  APRIL 2, 2012, AND EXCLUDING TIME
                                     )  UNDER THE SPEEDY TRIAL ACT
14  FRANK ANDRADE HERRERA,           )
                                     )
15              Defendant.           )
    _____)
16

17

18                              **STIPULATION**

19      The parties, Frank Andrade Herrera, and the government, acting through their respective

20  counsel, hereby stipulate, subject to the Court's approval, that the status date currently set for

21  March 19, 2012, be vacated and continued to April 2, 2012, at 1:30 p.m for a change of plea

22  pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and possible immediate sentencing.

23      The reason for the requested continuance is, since the last status hearing held in this

24  matter, the defense has conducted and completed the evidence view the parties previously

25  advised the court was scheduled to occur.  However, defense counsel respectfully requests a

26  short continuance to conduct further investigation and to discuss the terms of a proposed

Stipulation and [Proposed] Order Continuing
Hearing
No. CR 11-00616 EJD                     1

disposition with Mr. Herrera.  The defense therefore respectfully requests a further continuance and exclusion of time based on defense counsel's need to effectively prepare.

Accordingly, the parties agree and stipulate that time should be excluded from March 19, 2012, through and including April 2, 2012, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation.  Mr. Herrera, and the government further agree that granting the requested exclusion of time will serve the interest of justice and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  March 16, 2012

                                          _____/s/_____
                                          VARELL L. FULLER
                                          Assistant Federal Public Defender

Dated:  March 16, 2012          _____/s/_____
                                          THOMAS M. O'CONNELL
                                          Assistant United States Attorney

//
//
//
//
//

## [Proposed] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently set for March 19, 2012, shall be continued to April 2, 2012, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between March 19, 2012, and April 2, 2012, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

Stipulation and [Proposed] Order Continuing
Hearing
No. CR 11-00616 EJD                2

1   THE COURT FURTHER FINDS that the ends of justice served by excluding the time
2   between March 19, 2012, and April 2, 2012, from computation under the Speedy Trial Act
3   outweigh the interests of the public and the defendant in a speedy trial.
4   THEREFORE, IT IS HEREBY ORDERED that the time between March 19, 2012, and
5   April 2, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
6   3161(h)(7)(A) and (B)(iv).
7   IT IS SO ORDERED.

Dated:  March 16, 2012

_____
THE HONORABLE EDWARD J. DAVILA
United States District Court Judge